```
                    UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF RHODE ISLAND
```

In re:

    SHATA G. KILLINGHAM                            BK-10-12425
        Debtor(s)                                      CHAPTER 13

## NOTICE OF CHAPTER 13 PLAN COMPLETION

     The Chapter 13 trustee hereby certifies that the debtor has completed all payments under the confirmed Chapter 13 plan.

     The debtor is not entitled to a discharge unless after filing a petition the debtor completes an instructional course concerning personal finance management as described in 11 U.S.C. §111.

                                      /s/John Boyajian
                                      John Boyajian
                                      Chapter 13 Trustee
                                      182 Waterman Street
                                      Providence, RI 02906
                                      Tel:(401)223-5550
                                      Fax:(401)223-5548

## CERTIFICATION

        I hereby certify that a copy of the within Notice was mailed, postage prepaid, to Shata G. Killingham, 60 Lindy Avenue, Providence, RI 02908, and electronically mailed to Douglas H. Smith, Esq. at [lodhs5113@cox.net](mailto:lodhs5113@cox.net) and Office of the U.S. Trustee at [ustpregion01.pr.ecf@usdoj.gov](mailto:ustpregion01.pr.ecf@usdoj.gov) on August 19, 2015.

                                      /s/ Martha Hunt