**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In Re: Shata G. Killingham

Debtor(s)

BK No. 1:10−bk−12425

Chapter 13

---

### Notice Regarding Motion for Determination of Final Cure and Payment

The holder of the claim, Specialized Loan Servicing LLC, having filed its response to the Trustee's, Notice of Final Cure payment which response indicates outstanding post−petition arrearages, fees, or other charges, if the Debtor(s) disputes the response or seeks other relief, the Debtor(s) shall file a motion pursuant to Fed.R.Bankr.P. 3002.1(h), serve such motion on the holder of the claim and on the Chapter 13 Trustee, and file a certificate of service with the Court.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **10/9/15**

Entered on Docket: **10/9/15**
Document Number: **63 − 45**

180.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

Website: *www.rib.uscourts.gov*